# EXHIBIT 5

## SETTLEMENT AGREEMENT

This Settlement Agreement is entered into this _6th_ day of November, 2006 by and between American City Business Journals, Inc., a Delaware corporation with its principal place of business in Charlotte, North Carolina, and Business Journal Publications, Inc., a Florida corporation with its principal place of business in Charlotte, North Carolina (collectively referred to as "ACBJ") and That's Great News, LLC, a Delaware limited liability company with its principal place of business in Cheshire, Connecticut ("TGN").

WHEREAS, ACBJ initiated an action in the United States District Court for the Southern District of New York, entitled *American City Business Journals, Inc. and Business Journals Publications, Inc. v. That's Great News, LLC*, 06 Cv. 4990 (GEL) (the "Litigation"), and asserted therein that TGN systematically engaged in unlawful copying and distribution of certain of ACBJ's copyrighted news materials, infringed ACBJ's trademarks associated with ACBJ's publications and violated other rights possessed by ACBJ;

WHEREAS, the parties hereto now desire to avoid further cost and inconvenience and to settle the Litigation among them on the terms and conditions set forth herein; and

WHEREAS, the parties hereto wish to reflect in this Agreement the terms and conditions of the settlement.

NOW, THEREFORE, in consideration of the above premises and the terms and provisions set forth below, the parties hereby agree as follows:

1.      TGN agrees to immediately cease and desist from any and all acts that infringe copyrights owned by ACBJ.  TGN agrees that it shall not reprint or otherwise

produce copies of any content, including text, artwork, photographs or other matter appearing in any ACBJ publications.

2.      TGN agrees to immediately cease and desist from, and it shall not in the future engage in, advertising, promoting or otherwise offering to provide to any person any service by which TGN would provide reprints or copies of any content owned by ACBJ.  TGN acknowledges and agrees that its obligation under this paragraph to refrain from advertising, promoting or otherwise offering to provide reprints or copies shall cover advertising, promotions and offers in any and all media and formats, whether communicated in print, via the internet, by email, via telephone or otherwise.

3.      TGN agrees that, in connection with any plaques or other TGN products which contain or display content owned by ACBJ, TGN shall use only actual cut-outs from an actual hard-copy of the ACBJ publication, and TGN shall not use reproductions, photocopies, printouts from electronic versions or any other form, and TGN shall not modify or digitally manipulate any content owned by ACBJ.

4.      TGN agrees to immediately cease and desist from any and all acts that infringe trademarks owned by ACBJ.  TGN agrees that it shall not produce, distribute, publish, communicate or sell any products, promotional materials, advertising or marketing materials or pitches which could reasonably be understood to suggest that TGN is affiliated with, sponsored by, has obtained a license or other rights from, or is in any way associated with ACBJ or its publications.  ACBJ acknowledges and agrees that use by TGN of the materials contained in Attachment 1 hereto shall not constitute a violation of this paragraph.

5.      TGN agrees to immediately cease and desist from, and it shall not in the future engage in, utilizing in connection with any written communication created or disseminated by TGN on which the name of any ACBJ publication is mentioned, any display of the word "Invoice" or use such other language that reasonably could be construed by the receiving party as a demand for payment for products or services unless the receiving party had, prior to his or her receipt of such communication or document, agreed to pay for and/or receive such product.  TGN further agrees that it shall not communicate orally or by any other means any demand for payment relating to any product on which the name of or content from any ACBJ publication is displayed, unless prior to that communication the recipient of the communication had agreed to receive such product.  The parties acknowledge and agree that (i) any single instance in which ACBJ receives a communication complaining about an alleged instance in which TGN sought payment for a product that the recipient did not agree in advance to receive shall not be grounds for asserting a breach of this paragraph, (ii) that if within any six (6) month period ACBJ receives communications complaining of three (3) such alleged instances ACBJ will provide notice to TGN and the parties will engage in good faith discussions to determine why ACBJ is receiving such communications and what steps can be taken by TGN to prevent further occurrences, and (iii) if after thirty (30) days, the parties cannot agree about what steps can be taken to prevent such further occurrences, ACBJ shall have the right to seek remedies from the Court.

6.      TGN agrees to immediately cease and desist from, and it shall not in the future engage in requesting, through any form of communication, that any person who received an unsolicited free preview of any TGN product which displays any ACBJ

trademark, publication name or content, that such unsolicited product be returned to TGN, paid for or disposed of in any manner. The parties acknowledge and agree that (i) any single instance in which ACBJ receives a communication complaining about an alleged instance in which TGN sought payment for or the destruction or return of a product that the recipient did not agree in advance to receive shall not be grounds for asserting a breach of this paragraph, (ii) that if within any six (6) month period ACBJ receives communications complaining of three (3) such alleged instances ACBJ will provide notice to TGN and the parties will engage in good faith discussions to determine why ACBJ is receiving such communications and what steps can be taken by TGN to prevent further occurrences, and (iii) if after thirty (30) days, the parties cannot agree about what steps can be taken to prevent such further occurrences, ACBJ shall have the right to seek remedies from the Court.

7.    TGN agrees that, in connection with any TGN product which displays any ACBJ trademark, publication name or content, TGN will not use type-styles, logos or fonts that are the same as or substantially similar to those used for ACBJ's publications; TGN will display the name of ACBJ's publications without any design or stylized elements in a simple type face or font that does not give an impression of being a logo, and all characters shall be of the same color, point size and prominence; and TGN will include, preceding and displayed immediately adjacent to the name of ACBJ's publications, the phrase "As Published In," which phrase shall appear in the same type face, font, color shade, size and prominence as used for the name of ACBJ's publication.

8.    TGN agrees that it will use and prominently display on all materials mentioning the name or trademark of any ACBJ Publication used by it to solicit sales of

its products, including but not limited to advertising, promotional and marketing pieces, letters, e-mails and any other document; a disclaimer in a typeface or font at least as large as that used to display the ACBJ publication name or trademark a disclaimer stating that "TGN is not affiliated with or endorsed by [the specific ACBJ publication or trademark identified in the materials]." TGN further agrees that (i) this disclaimer will appear in close proximity to the first mention of any ACBJ trademark or publication name, (ii) this disclaimer will appear prominently on each page on which the name or trademark of an ACBJ publication is mentioned, and (iii) TGN will prominently identify itself prior to the first mention of any ACBJ trademark or publication name. ACBJ acknowledges and agrees that use by TGN of the materials contained in Attachment 1 hereto shall not constitute a violation of this paragraph.

9. TGN agrees that it will not solicit business with or from any individual ACBJ publication, and will not represent to any employee of ACBJ or any of its publications that TGN has any relationship, affiliation with, approval from, or has obtained any license, permission or consent from, ACBJ or any of its publications.

10. TGN agrees that, within one (1) week from execution of this Agreement, TGN will destroy all of its advertising and promotional materials which mention any ACBJ trademark or publication name which materials are not in compliance with the terms described herein, and TGN shall provide to ACBJ an affidavit confirming that TGN has complied with this paragraph.

11. TGN agrees that it will submit in writing to ACBJ for ACBJ's approval the form of any advertising, marketing or promotional material in which any ACBJ trademark or the name of any ACBJ publication is or will be mentioned, and TGN will

not utilize any other forms mentioning ACBJ publications or trademarks unless TGN has received prior approval from ACBJ, which approval shall not unreasonably be withheld. If ACBJ shall not have approved or disapproved a written request for approval made by TGN in accordance with the notice provisions of this Agreement within ten (10) business days following ACBJ's receipt of such request, approval will be deemed to have been given. The parties acknowledge and agree that the materials contained in Attachment 1 hereto are approved within the meaning of this paragraph.

12.     The parties agree that if, notwithstanding TGN's compliance with the terms of this Agreement, there continue to be documented instances of actual confusion in which consumers or potential consumers of TGN's products or services believe that those products or services are emanating from, affiliated with, sponsored by or otherwise connected to ACBJ, the parties will negotiate in good faith to implement further conditions to avoid consumer confusion.

13.     The parties agree that in the event of a breach of this Agreement, the non-breaching party shall provide written notice of such breach to the other, and the breaching party shall have fifteen (15) days within which to cure such breach. All of the non-breaching party's rights and remedies under the Agreement or at law or equity shall be reserved and available in the event the breach remains uncured fifteen (15) days after notice of the breach has been given. If, in any action to enforce this Agreement, the Court finds that a material breach has been committed, the breaching party shall pay the costs and expenses incurred in connection with the action by the non-breaching party, including reasonable attorney's fees.

14.    TGN agrees that it shall pay to ACBJ, within one (1) week from the date of execution of this Agreement, the sum of five thousand dollars ($5,000).

15.    ACBJ agrees that it shall treat any subscriptions for ACBJ publications placed or ordered by TGN in the same fashion as subscriptions placed or ordered by other customers or subscribers.

16.    The parties hereto consent to the entry of a Consent Judgment, in the form of Attachment 2, dismissing the Litigation.

17.    The parties acknowledge and agree that any notice required or permitted under this Agreement shall be in writing and shall be sent by overnight delivery, express mail, or certified or registered mail and addressed as follows:

If to ACBJ:

Kent Bernhard
American City Business Journals, Inc.
120 West Moorehead Street, Suite 400
Charlotte, NC 28202

with a copy to:

Eric Gisolfi, Esq.
Sabin, Bermant & Gould LLP
Four Times Square
New York, NY 10036

If to TGN:

Robert Roscoe
That's Great News, LLP
908 S. Meridan Road
Cheshire, CT 06410

18.    This Agreement shall be governed and interpreted in accordance with the laws of the State of New York, without regard to the choice of law provisions thereof.

19.   This Agreement constitutes the entire understand between the parties and supersedes all prior oral or written agreements and understandings between the parties with respect to the subject matter hereof, and may not be modified or waived except by a writing signed by both of the parties hereto.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the date first written above.

THAT'S GREAT NEWS, LLC

By: _____

Robert Roscoe

President

AMERICAN CITY BUSINESS JOURNALS, INC.

By: _____

Ray Shaw
President

BUSINESS JOURNAL PUBLICATIONS, INC.

By: _____

Ray Shaw
President

# Attachment 1

10/19/2006  17:07   2032500017                    ORIS INC                                    PAGE  02

To:   Page 1 of 2                        2006-10-19 20:08:58 (GMT)              12032714995  From: Thats Great News

4r 14

# IMPORTANT: Please Hand Deliver
# Time Sensitive Information

**Thats Great News**
**is not affiliated with**
**Memphis Business Business Journal.**

To:          Jim Davenport
Company:     Roscoe Enterprises
From:        **Thats Great News**
Regarding:   Article in Memphis Business Business Journal
Action:      Call (888) 567-7637 before 5:00pm ET next Friday to arrange the preview
             inspection of your mounted article.

Now, for a limited time only, **Thats Great News** has selected individuals featured in articles appearing in Memphis Business Business Journal for a select opportunity. You can preview and inspect an original copy of your article professionally mounted on a high quality wood plaque, ready for display in your office, boardroom or lobby. During this special promotion, **Thats Great News** has agreed to extend a *30 Day Money Back Guarantee* offer for select individuals such yourself, meaning all charges will be deferred until after you accept the plaque.

To have your plaque sent for inspection, call Thats Great News at (888) 567-7637 today. Tell them you were featured in Memphis Business Business Journal and are calling under the *30 Day Money Back Guarantee* special promotion. You may be asked questions relating to the color and type of wood best suited for your office or lobby and if you want an inscription to be laser engraved on the faceplate.

Specifying this information in no way obligates or encumbers you for any charges or purchase. This special arrangement also includes a free bonus valued at $49.

Additional details of the limited time special agreement for professionals featured in Memphis Business Business Journal

    Reduced return shipping expenses to the cost of a postage stamp

    Reduced - Laser Engraving Charges (3 lines max)

    Discount on Initial Plaque Purchase Price  New Total is $159.

    Discount on Second Plaque  50% Reduction on Cost of Second Plaque (if requested at same time as first)

    Extra Bonus  Special Report *25 Ways To Profit From Your Recent Great Press* ($49 value) included FREE

    Plus Corporate Logo added for only $12.50

This agreement is for a limited time only. Respond today.

Call Thats Great News at (888) 567-7637 today to receive your mounted article under this special arrangement.

Thank you.

Robert R. Roscoe
CEO/Founder
Thats Great News

P.S. If you'd prefer to see a **proof of your article display plaque first,** just send an email to sales@thatsgreatnews.com with this info in the subject line:  **Proof Wanted: 3800** and indicate your color choice of either Mahogany or Black. We will then create a proof and email it to you along with simple ordering instructions.

10/19/2006  17:07   2032500017                    ORIS INC                                    PAGE  03
To:   Page 1 of 1                          2006-10-19 20:10:39 (GMT)        12032714995  From: Thats Great News

# Final Notice    Final Notice    Final Notice       4r 1B

## IMPORTANT:  Please Hand Deliver - Time Sensitive Information

**Thats Great News
is not affiliated with
Memphis Business Business Journal.**

To:         Jim Davenport   Company:Roscoe Enterprises
From:       **Thats Great News**
Regarding:  Article in Memphis Business Business Journal
Action:     Call (888) 567-7662 before 5:00pm ET next Friday  to arrange  your preview Inspection of your
mounted article.

This is your FINAL NOTICE of your courtesy inspection. We have tried unsuccessfully to contact you multiple times. We need to hear from you ASAP. We are coming to the end of our preview period for your plaque. Call us today at (888) 567-7629 to arrange for the shipping of your plaque for your preview inspection.

Now, for a limited time only, **Thats Great News** has selected individuals featured in articles appearing in Memphis Business Business Journal  for a select opportunity. You can preview and inspect an original copy of your article professionally mounted on a high quality wood plaque, ready for display in your office, boardroom or lobby. During this special promotion, **Thats Great News** has agreed to extend a 30 Day Money Back Guarantee offer for select individuals such yourself, meaning all charges will be deferred until after you accept the plaque.

To have your plaque sent for inspection, call (888) 567-7662 today. Tell them you were featured in  Memphis Business Business Journal and are calling under the 30 Day Money Back Guarantee special promotion. You may be asked questions relating to the color and type of wood best suited for your office or lobby and if you want an inscription to be laser engraved on the faceplate.

Specifying this information in no way obligates or encumbers you for any charges or purchase. This special arrangement also includes a free bonus valued at $49.

Additional details of the limited time special agreement for professionals featured in  Memphis Business Business Journal
- **Reduced** return shipping expenses to the cost of a postage stamp
- **Reduced** - Laser Engraving Charges (3 lines max)
- **Discount on Initial Plaque Purchase Price** New Total is $159
- **Discount on Second Plaque** 50% Reduction on Cost of Second Plaque (if requested at same time)
- **Extra Bonus** – Special Report *25 Ways To Profit From Your Recent Great Press* ($49 value) included FREE
- **Plus** Corporate Logo added for only $12.50

This agreement is for a limited time only. Respond today.

Call (888) 567-7662  today to receive your mounted article under this special arrangement.

Thank you.

Robert R Roscoe
CEO, **Thats Great News**

P.S.  If you'd prefer to see a **proof of your article display plaque first,** just send an email to Sales@thatsgreatnews.com with this info in the subject line: **Proof Wanted: 3800** and indicate your color choice of either Mahogany or Black.

10/19/2006  17:07    2032500017          ORIS INC                              PAGE  04

Page 1 of 2

*L4n 2A*

## Robert R. Roscoe

From:    Justin Levy [jlevy@thatsgreatnews.com]
Sent:    Thursday, October 19, 2006 4:16 PM
To:      'Robert R. Roscoe'
Subject: FW: Business Journal Proof Not Available

**From:** Graphics Department [mailto:kceddla@thatsgreatnews.com]
**Sent:** Thursday, October 19, 2006 4:14 PM
**To:** jlevy@thatsgreatnews.com
**Subject:** Business Journal Proof Not Available

To: Roscoe Enterprises
From: **That's Great News**
Re:   Recent article in **Memphis Business Business Journal**

**That's Great News**
**is not affiliated with the**
**Memphis Business Business Journal**

We do not have permission from the Memphis Business Business Journal, where your recent article/recognition was featured so we are unable to supply you with a  proof of your actual article.
Your Plaque will be created with the actual article and photos that appeared in the Memphis Business Business Journal. Below are a few examples of Business Journal layouts we have done in the past for other clients in other publications..  I hope this will give you a good idea on how your recent article/recognition will look.

  

Your article display plaque will come with a **30 day Money Back Guarantee,** so you really

10/19/2006

Call us at 1-888-715-4900, order online at www.thatsgreatnews.com or just reply back to this email and we will take care of the entire process.

Warmly,

Robert Roscoe
Founder and CEO
That's Great News

**P.S.** I'm so sure that you'll love seeing your article mounted and hanging on your wall that I'm willing to take all the risk and send it out with a complete **30 day Money Back Guarantee**.    When you decide to keep the plaque forever, you'll pay just **$159**. Remember an additional plaque is half price.

**Tel: (888)715-4900 FAX: (203)651-1064  or sales@thatsgreatnews.com**

10/16/2006

10/19/2006  17:07    2032500017    ORIS INC                                           PAGE  06

Page 1 of 2

*Lr 2B*

### Robert R. Roscoe

**From:** Justin Levy [jlevy@thatsgreatnews.com]
**Sent:** Thursday, October 19, 2006 4:16 PM
**To:** 'Robert R. Roscoe'
**Subject:** FW: Article Display Plaque

**From:** Graphics Department [mailto:kceddia@thatsgreatnews.com]
**Sent:** Thursday, October 19, 2006 4:14 PM
**To:** jlevy@thatsgreatnews.com
**Subject:** Article Display Plaque

To: Roscoe Enterprises
**From: That's Great News**
RE:  Article Display plaque of listing in Memphis Business Business Journal

**That's Great News
is not affiliated with
Memphis Business Business Journal**

**Thank You for Giving Us a Chance to Show You Plaque Options for Your Recent Recognition.**

Your Listing in Memphis Business Business Journal is most impressive. Being selected as one of the ""
is quite an honor. Accomplishments like yours should be displayed proudly.





Classic Series              Opulent Series              Signature Series

10/19/2006

10/19/2006  17:07    2032500017                ORIS INC                                    PAGE  07

Page 2 of 2

you need any changes made or would like anything laid out differently please let us know.

## To order any of the above plaques, simply call us at 1-888-715-4900 or click below to order online.

1. Click here: http://www.thatsgreatnews.com/login
2. Enter your email address: lahernandez@pmipumps.com
3. Enter Password:  great
4. Click on the Graphic Samples (last tab on right)

Warmly,

Robert Roscoe
Founder and CEO
That's Great News

**P.S.** I'm so sure that you'll love seeing your article mounted and hanging on your wall that I'm willing to take all the risk and send it out with a complete **30 day Money Back Guarantee**.    When you decide to keep the plaque forever, you'll pay just **$159**. Remember an additional plaque is half price.

And, when you agree to the inspection, I'll include the bonus booklet "**25 Ways to Profit From Your Recent Great Press**" absolutely free. Even if you decide to return the plaque, keep the valuable bonus as my gift just for giving me a chance to impress you.

**Tel: (888)715-4900 FAX: (203)651-1064  or Sales@thatsgreatnews.com**

10/16/2006

10/19/2006    17:07    2032500017                    ORIS INC                                    PAGE    08

**That's Great News, LLC**
908 S. Meriden Rd
Cheshire, CT 06410

Tel: 1-888-715-4900
Fax: 203-649-4910

Presented
First-Class Mail
U.S. Postage
**PAID**
Mailed From ZIP Code
97298
Permit No. 4810

COI
Lt 3A

Our records indicate that your account has invoices
totaling $239.87 in which some are over 75 days past
due for the article display plaque(s) we shipped to you.

This is the fourth and final notice from our office.
This account has been referred over to Dun &
Bradstreet for further collection and legal services.

AUTO ***** ALL FOR AADC 023
12 - 27 - 2235
KRIS CHURCHILL
MISSION
324 UNION ST
ROCKLAND, MA 02370-1750

Please contact Dun & Bradstreet directly or us to
advise payment status or to resolve any billing
discrepancies or Fax payment info TODAY to 203-
649-4910.

Credit Card # _____ Exp. _____

Type _____ Signature_____

A: Thats is not affiliated with any Newspaper or Magazine publications

Has been added by the printers as of 11/3/06



C/ 3b

**To:**
Jeff Harrison
31 Lochlea Lane
Wells VT 05774
United States

**From:**
Accounts Receivable Dept,
Thats Great News
908 S. Meriden Rd
Cheshire, CT 06410
Tel:  (203) 649-4900
Fax:  (203) 649-4910

**Acct:   3800**       **Reminder Notice**

Dear Customer,

Our records indicate that your account has invoices totaling **$0.00** in which some are approaching **45 days past due**.

If you have any questions regarding your account or to avoid further action  please contact us by email (info@thatsgreatnews.com) or by phone at 203-649-4900 so that we may assist you.   This notice will be sent to both the Fax number and email address we have on file.

Thats Great News is not affiliated with any newspaper of magazine publication.

## Payment Methods:

   **Please use the payment information below to clear my outstanding balance.**

### FAX to (203) 649-4910 or call (203) 649-4900

**Acct No.:** _____

Credit Card Type: _____  Number: _____  Exp. Date: _____
_____

Balance:  $0.00   Charge my card: $_____  Outstanding balance plus selected bonuses on another plaque

Signature: _____



Co( 3c

**To:**
Jeff Harrison
31 Lochlea Lane
Wells VT 05774
United States

**From:**
Accounts Receivable Dept,
Thats Great News
908 S. Meriden Rd
Cheshire, CT  06410
Tel: (203) 649-4900
Fax: (203) 649-4910

**Acct:  3800**          **3rd Notice**

Dear Customer,

Our records indicate that your account has invoices totaling **$0.00** in which some are approaching  **60 days past due**.

All invoices over 70 days past due will be transfered to  Dun & Bradstreet Collection Services for further action.

If you have any questions regarding your account or to avoid further action  please contact us by email (info@thatsgreatnews.com) or by phone at 203-649-4900 so that we may assist you.   This notice will be sent to both the Fax number and email address we have on file.

Thats Great News is not affiliated with any newspaper of magazine publication

**Payment Methods:**

☑  **Please use the payment information below to clear my outstanding balance.**

## FAX to (203) 649-4910 or call (203) 649-4900

Acct No.: _____

Credit Card Type: _____  Number: _____  Exp. Date: _____

Balance:  $0.00   Charge my card: $_____    Outstanding balance plus selected bonuses on another plaque

Signature: _____

# Attachment 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x    ECF Case

AMERICAN CITY BUSINESS JOURNALS, INC.    :    Index No. 06 CV 4990 (GEL)
and BUSINESS JOURNAL PUBLICATIONS,
INC.,

                                     Plaintiffs,    :

                      v.    :

THAT'S GREAT NEWS, LLC,    :

                            Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## FINAL JUDGMENT BY CONSENT

Upon the Settlement Agreement executed by the parties on November 6, 2006

(the "Settlement Agreement"), and upon all records and prior proceedings in this matter;

and the Court having jurisdiction over the parties and over the subject matter of this

action; and the parties having petitioned the Court for immediate entry of this Final

Judgment by Consent; and the Court being fully advised in the premises; it is hereby

ORDERED, ADJUDGED AND DECREED that this action is dismissed with

prejudice and without costs or attorney's fees to any party pursuant to the Settlement

Agreement dated November 6, 2006, the terms of which are incorporated herein by

reference and made a part of this Final Judgment by Consent as if fully set forth in *haec*

*verba* and the Court expressly retains jurisdiction to enforce the Settlement Agreement.


Dated: New York, New York
                    _____, 2006


                                     _____

                                     GERARD E. LYNCH
                                     United States District Judge


1

ACKNOWLEDGED and AGREED by:

Robert Roscoe

President
That's Great News, LLC LLP
908 S. Meridan Road LLP
Cheshire, CT 06410

*Defendant*

Robert Penchina (RP 5866)

Levine Sullivan Koch & Schulz, LLP
230 Park Avenue, Suite 1160
New York, NY 10169
(212) 850-6100
*Attorneys for Plaintiffs*
*American City Business Journals, Inc. and*
*Business Journal Publications, Inc.*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x   ECF Case

AMERICAN CITY BUSINESS JOURNALS, INC.   :   Index No. 06 CV 4990 (GEL)
and BUSINESS JOURNAL PUBLICATIONS,
INC.,

                               Plaintiffs,   :

                v.   :

THAT'S GREAT NEWS, LLC,   :

                         Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

## DECLARATION OF ROBERT ROSCOE

Robert Roscoe declares under penalty of perjury as follows:

1.       I am the President of That's Great News, LLC ("TGN").

2.       On behalf of TGN, I hereby confirm that as of the date of this declaration TGN has complied with paragraph 10 of the Settlement Agreement by destroying or deleting all advertising and promotional materials which mention any American City Business Journal trademark or publication name which materials were not in compliance with the Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ROBERT ROSCOE

Executed on November __, 2006 at Cheshire, Connecticut