# EXHIBIT 6



## Wood



### HD Metal Black



### Lucinda Premium

**Approximate Size: 24x36**