# EXHIBIT 7

Page 1
That's great news
https://e.customeriomail.com/deliveries/dgSO7QMAAOyq_wLqqv8CAYUcZ_HGC5mLnyhFsV9zrg==

Hello REDACTED

I saw your press article in the Milwaukee Business Journal. It must feel good to be in print so why not make the moment last?

Email me back to get a free plaque design, showing your article mounted on a plaque.

A plaque is a great way to preserve your news and ensure its not forgotten. Hang it in your office, reception area or meeting rooms for your visitors to see.

Reply to me and I'll get my graphic designer started. I can have the digital image of your plaque design, showing your press article, emailed to you within 48 hours.

I'm happy to do this at no cost to you and if I can help in any other way call me on 888-239-5731.

Celebrating your great news,

Kind regards,

Kelly Nolan

Account Manager
That's Great News

888-239-5731



**UNCONDITIONAL 100% MONEY BACK GUARANTEE ON ALL PLAQUES**

A full refund if you don't like the plaque.



**4.8** Overall Satisfaction Rating

 

Official partner of Milwaukee Business Journal

**Article**
C-SUITE STARS & Executive of the Year. REDACTED
**Featured**
REDACTED
**Published**
Dec 09, 2022

All orders shipped to Canada must be paid with credit card. All prices are in USD. For additional questions please call 1-888-715-4900 and reference CustomerID(13111522). All Rights Reserved. We'll contact you when we see you featured in a press article. If you don't want an alert when you're featured in the press or our offers please unsubscribe to avoid us contacting you again.
View email online.



**CustomerID (13111522)**

{"iid":"38710952","cid":"13111522","oid":"6509385497"}

Captured by FireShot Pro: 29 December 2022, 17:16:10
https://getfireshot.com