# EXHIBIT 9



SEARCH FOR PRODUCTS

Call Us
888-715-4900

Questions?
Live chat with us

My Cart ( 0 )

FREE PREVIEW   PLACE AN ORDER ⌄   VIEW SAMPLES   MY ACCOUNT ⌄   ABOUT OUR COMPANY   CONTACT US

HOME › 6508133092





HD Metal Black

Lucinda Premium

Wood

Approximate Size: 24x24

🔍 Click to enlarge

Not the article you want? **Click here** to get a free preview for an alternative article.

# Get your great news
## on your custom plaque

### 100% money back guarantee

We can have this plaque to you within 10 days, all with a no risk, 30 day, unconditional, **full refund guarantee**. We'll even take care of the return shipping for you, no questions asked!

**Wood plaque shown $287**

**Select Wood $287**

**View Lucinda and Metal options**

## Key Features of the Wood

- Mahogany, Black, Oak, Walnut or White
- Plaque edge and border: Gold, Silver or Black
- Personalization Plate
- High Gloss finish

- Classic style
- 3/4" Thickness
- Any size up to 40" by 40"
- Keyhole slot mounting

**Jarlecia Jones**
Pathway Women's Business Center
September 2021

Change your personalization plate text in the cart.

## Over 500, 000 Plaques Sold

We provide the most elegant, highest quality plaques available anywhere.



| | Select Basic | Select Premium | Select Wood | Select Metal |
|---|---|---|---|---|
| | Select Basic $219 | Select Premium $249 | Select Wood $287 | Select Metal $339 |
| Material ⓘ | Acrylic | Acrylic | Wood | Aluminum |
| Thickness ⓘ | 1/8 inch | 1/4 inch(2x as thick) | 3/4 inch | 1.25mm |
| Guarantee ⓘ | 1 Year | Life-time | Life-time | Life-time |
| Color ⓘ | Clear | Clear, Black | Mahogany, Black, Oak, Walnut, White | Brushed Silver, White or Black |
| Finish ⓘ | Scratch Resistant | Scratch Resistant | High Gloss | High Gloss & Brushed Silver |
| Mounting ⓘ | Stainless Steel Stand-off | Stainless Steel Stand-off | Keyhole Slot | 1/2 inch Wall Float with keyhole slot |

SHOPPER Approved®
4.8/5
Overall Satisfaction

BBB ACCREDITED BUSINESS

Captured by FireShot Pro: 07 February 2023, 19:06:08
https://getfireshot.com

| | Basic | Premium | Wood | Metal |
|---|---|---|---|---|
| Flame Edge ⓘ | ✖ | ✔ | N/A | N/A |
| Personalized Plate ⓘ | ✖ | ✔ | ✔ | ✔ |
| | Select Basic $219 | Select Premium $249 | Select Wood $287 | Select Metal $339 |



## Not sure on the right option?

Watch Lanny as he shows you the options and how to pick the best style for you.

**Watch The Video**

## What Our Customers Are Saying

Our products are featured with price on the walls of some of the largest companies and for some of the most famous events and personalities

"Very quick shipping! Love the personalization on the plaque. Would definitely order again :)"

**Hillary S., AB**

"The Product and Service was Amazing. I would refer That's Great News to Anyone Looking for a Professional Plaque. I Will be Doing Business with Them Again."

**Stainless A., CA**

"Product looks great! Exellent shipping with good protection, and mounting instructions. I'm very happy with my purchase."

**Dr. S, CA**

## Still have questions? Call us today at 888-715-4900.
## Our article framing experts are happy to help.

See all close ups and plaque styles on our samples page

**View Plaque Samples**

Home
Customer Reviews
Company Info

Free Preview
Samples/Colors
Do Not Sell My Personal Information

Blog
Shipping/Return Info
Privacy Statement
Employment Opportunities

That'sGreatNews

Call Us: 888-715-4900
Fax: 203-649-4910

900 Northrop Road
PO Box 5021
Wallingford, CT 06492

 

Page 1
media.nl (2129×1875)
https://acct141724.app.netsuite.com/core/media/media.nl?id=79664630&c=ACCT141724&h=MV_jVAwFwYYitp3R7ZQHjJJwhHkiqz1N8t_iAkQ1Vdpm4JxU&resizeid=5&resizeh=500&resizew=500



## Wood



## HD Metal Black



## Lucinda Premium

## *Approximate Size: 24x24*

 

FREE PREVIEW    PLACE AN ORDER ⌄    VIEW SAMPLES    MY ACCOUNT ⌄    ABOUT OUR COMPANY    CONTACT US

HOME ❯ 6508741136



Wood

HD Metal Black

Lucinda Premium

*Approximate Size: 12x20*

🔍 **Click to enlarge**

Not the article you want? **Click here** to get a free preview for an alternative article.

# Get your great news
## on your custom plaque

### 100% money back guarantee

We can have this plaque to you within 10 days, all with a no risk, 30 day, unconditional, **full refund guarantee**. We'll even take care of the return shipping for you, no questions asked!

**Wood plaque shown $237**

**Select Wood $237**

**View Lucinda and Metal options**

## Key Features of the Wood

- Mahogany, Black, Oak, Walnut or White
- Plaque edge and border: Gold, Silver or Black
- Personalization Plate
- High Gloss finish

- Classic style
- 3/4" Thickness
- Any size up to 40" by 40"
- Keyhole slot mounting



Change your personalization plate text in the cart.

## Over 500, 000 Plaques Sold

We provide the most elegant, highest quality plaques available anywhere.



| | Select Basic | Select Premium | Select Wood | Select Metal |
|---|---|---|---|---|
| | Select Basic $169 | Select Premium $199 | Select Wood $237 | Select Metal $289 |
| Material ⓘ | Acrylic | Acrylic | Wood | Aluminum |
| Thickness ⓘ | 1/8 inch | 1/4 inch(2x as thick) | 3/4 inch | 1.25mm |
| Guarantee ⓘ | 1 Year | Life-time | Life-time | Life-time |
| Color ⓘ | Clear | Clear, Black | Mahogany, Black, Oak, Walnut, White | Brushed Silver, White or Black |
| Finish ⓘ | Scratch Resistant | Scratch Resistant | High Gloss | High Gloss & Brushed Silver |
| Mounting ⓘ | Stainless Steel Stand-off | Stainless Steel Stand-off | Keyhole Slot | 1/2 inch Wall Float with keyhole slot |

| Flame Edge ⓘ | ✖ | ✔ | N/A | N/A |
|---|---|---|---|---|
| Personalized Plate ⓘ | ✖ | ✔ | ✔ | ✔ |
| | Select Basic $169 | Select Premium $199 | Select Wood $237 | Select Metal $289 |



▶

## Not sure on the right option?

Watch Lanny as he shows you the options and how to pick the best style for you.

**Watch The Video**

## What Our Customers Are Saying

Our products are featured with price on the walls of some of the largest companies and for some of the most famous events and personalities

"Very quick shipping! Love the personalization on the plaque. Would definitely order again :)"

**Hillary S., AB**

"The Product and Service was Amazing. I would refer That's Great News to Anyone Looking for a Professional Plaque. I Will be Doing Business with Them Again."

**Stainless A., CA**

"Product looks great! Exellent shipping with good protection, and mounting instructions. I'm very happy with my purchase."

**Dr. S, CA**

## Still have questions? Call us today at 888-715-4900.
## Our article framing experts are happy to help.

See all close ups and plaque styles on our samples page

**View Plaque Samples**

Home
Customer Reviews
Company Info

Free Preview
Samples/Colors
Do Not Sell My Personal Information

Blog
Shipping/Return Info
Privacy Statement
Employment Opportunities

That's**Great**News

Call Us: 888-715-4900
Fax: 203-649-4910

900 Northrop Road
PO Box 5021
Wallingford, CT 06492

Case 8:23-cv-00265-SDM-AEP    Document 1-9    Filed 02/07/23    Page 7 of 7 PageID 179



## Wood



## HD Metal Black



## Lucinda Premium

*Approximate Size: 12x20*